IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TYVORIOUS KEY,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 20-0287-JB- N |
| **ALABAMA DEPT. OF CORRS. CERT TEAM MEMBERS,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that summary judgment is:

1. **DENIED** as to **Defendants Smith and Thomas** as to the excessive force claim;

2. **GRANTED** in favor of **Defendant Stewart** as to the excessive force claim; and

3. **GRANTED** in favor of all Defendants as to the claim of denial of medical care, and this claim should be **DISMISSED** from the action.

**DONE and ORDERED** this 8th day of March, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE