**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **TYVORIUS V. KEY** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| **v.** | )   **1:20-cv-0287-JB-N** |
| | ) |
| **ALABAMA DEPARTMENT OF** | ) |
| **CORRECTIONS CERT TEAM** | ) |
| **MEMBERS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT[1]**

1.     This is a civil action brought by Plaintiff who was denied certain

constitutional rights by Defendants while incarcerated in Holman Correctional Facility of

the Alabama Department of Corrections (ADOC). Specifically, Defendants repeatedly beat

Plaintiff during a CERT Team raid, while he was compliant and non-resistant, in violation

of his rights under the Eighth Amendment to the United States Constitution, causing him

grievous injuries.

2.     When this action was originally filed the summons was delivered to Vencini

Smith, and not Otis Smith, the intended Defendant. Plaintiff wishes to file a Second

---

[1]   Plaintiff filed his complaint on May 26, 2020 (Doc. 1).  Pursuant to this Court's Order of June 1, 2020 (Doc. 3),
Plaintiff filed a new complaint on June 8, 2020 (Doc. 5).  Although Doc. 5 was not styled an amended complaint,
Plaintiff files this document as his Motion for Leave to File Second Amended Complaint.

1

Amended Complaint to correct that error and serve the intended Defendant.

3.    That Plaintiff has intended from the beginning to name Captain Otis Smith, a/k/a "Pops" as a defendant is clear from the description of this Defendant in his *pro se* complaint as "Captain Smith is employed as A.D.O.C Cert Team member at Holman Institution at that Time. [sic]"  Doc. 5, PageID#26.  Plaintiff's describes Captain Otis Smith, a CERT team ember who was temporarily assigned to Holman CF from his regular assignment at Staton CF. It clearly does not describe Vencini Smith, not a CERT member, who was employed permanently at Holman CF.

4.    To remove all doubt, Plaintiff wrote in his Response to Defendants' Motion for Summary Judgment: "… there was not a legitimate need for the 'A.D.O.C. Cert team members' LT Thomas, Capta Smith aka Pops to use force…." [Doc 39, page 378]; "… the A.D.O.C. Cert team members LT Thomas, Captain Smith aka Pops an others." [Doc 39, page 379]; "… Vencini Smith was not the Captain that beat me, along with LT Thomas, along with Captain Smith 'AKA' pops…." [Doc 39, page 380] [sic.]

5.    Apparently the summons and Complaint were originally delivered to Vencini Smith in error, as they should have been delivered to Captain Otis "Pops" Smith. From the initial filing in this case the intended defendant has been Captain Otis "Pops" Smith. A proposed Second Amended Complaint is attached hereto as an exhibit.

6.    Plaintiff also seeks an order holding that Plaintiff's amended complaint shall be served upon Otis Smith who will have an appropriate time to respond.  Plaintiff does not at this time seek a motion that the amended complaint need relate back to the filing on

this original action under Fed. R. Civ. P. 15(c) because the correct party defendant was named in that complaint and but for errors made outside of the control of the plaintiff, this action has proceeded against an erroneously-served Smith.

7. Counsel for Plaintiff has conferred with counsel for Defendants and counsel for Defendants has no objection to this Motion.

Wherefore, premises considered, Plaintiff moves the Court for leave to file his Second Amended Complaint in the form attached hereto.

Respectfully submitted this 19th day of July, 2022.

/s/Henry Brewster
Henry Brewster (BREWH7737)
HENRY BREWSTER, LLC
205 N. Conception Street
Mobile, AL 36633-1051
Telephone:  (251) 338-0630
Facsimile: (251) 338-0632
Email: hbrewster@brewsterlaw.net

/s/ William R. Lancaster
WILLIAM R. LANCASTER (LAN052)
ARMBRECHT JACKSON LLP
P. O. Box 290
Mobile, Alabama 36601
Tel: 251-405-1300
Fax: 251-432-6843
Email:  wrl@ajlaw.com

Attorneys for Plaintiff

3

## **CERTIFICATE OF SERVICE**

I certify that on the 19th day of July, 2022, the foregoing document was filed using the CM/ECF system which will send notice to all counsel of record:

Jason Matthew Bledsoe
Matt.bledsoe@alabamaag.gov

*/s/Henry Brewster*
HENRY BREWSTER